1  ROBERT N. CAMPBELL, ESQ. STATE BAR NO. 95679
   CAMPBELL & CLARK
2  ATTORNEYS AT LAW
   1648 RIVERSIDE DRIVE
3  REDDING, CA 96001
   (530) 244-6286 PHONE
4  (530) 244-3672 FACSIMILE

5  Attorneys for Plaintiff
   JAMES G. HENDRICKS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. HENDRICKS, ) | **Case No.** CV-09-02295-GGH |
| ) | |
| Plaintiff, ) | **STIPULATION RE: PAYMENT OF** |
| ) | **ATTORNEY'S FEES AND COSTS** |
| v. ) | **PURSUANT TO THE EQUAL** |
| ) | **ACCESS TO JUSTICE ACT** |
| MICHAEL J. ASTRUE, Commissioner ) | [28 U.S.C. Section 2412(d)] |
| of Social Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

    **IT IS HEREBY STIPULATED** by and between the parties through their undersigned counsel, subject to the approval of the Court, that plaintiff be awarded attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412(d), in the total amount of TWO THOUSAND THREE HUNDRED SIXTY TWO DOLLARS ($ 2,362.00) (i.e., attorney's fees in the amount of $2,062.00 and costs in the amount of $300.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, and all filing fees or other allowable costs, in accordance with 28 U.S.C. Section 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney's fees and costs, and does not constitute an admission of liability on the part of Defendant under EAJA attorney's fees or costs, and shall constitute a complete release from and bar to any and all claims Plaintiff may have related to EAJA fees or costs in connection with this action.

Any payment shall be made out to Plaintiff but delivered to Plaintiff's Counsel.

This award is without prejudice to the rights of Plaintiff's Counsel to seek Social Security Act attorney's fees under 42 U.S.C. Section 406, subject to the provisions of EAJA.

Dated: July 7, 2010      /s/_____
                          Robert N. Campbell, Attorney
                          for Plaintiff James G. Hendricks

Dated: July 7, 2010      /s/_____
                          Tim Bolin, Special Asst.
                          United States Attorney

**ORDER**

**APPROVED AND ORDERED.**

Dated: July 29, 2010      /s/ Gregory G. Hollows
                          _____
                          Honorable GREG G .HOLLOWS
                          United States Magistrate Judge

hendricks.stip